

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bradly Don Gardner,

Vs. No. 11-19-00360-CR

The State of Texas,

\* From the County Court at Law
of Taylor County,
Trial Court No. 1-949-18

\* September 30, 2021

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.